1 | JASON M. FRIERSON
United States Attorney
2 | District of Nevada
Nevada Bar Number 7709
3 | KIMBERLY M. FRAYN
Assistant United States Attorney
4 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 | (702) 388-6336 / Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov
6 | *Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH: | Case No. 2:19-mj-00690-MDC |
|---|---|
| Facebook Username mark.qs.to.you | **Government's Motion to Unseal Case** |
| (Facebook Account to be Searched) | |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:24-cr-00207-GMN-MDC.

DATED: January 14, 2025.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>Facebook Username mark.qs.to.you<br><br>(Facebook Account to be Searched) | Case No. 2:19-mj-00690-MDC<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 17th day of January, 2025.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE